**Christopher Ronald PILENZO, Petitioner–Appellant,**

v.

**DIRECTOR OF THE DEPARTMENT OF CORRECTIONS, Respondent–Appellee.**

**No. 01–7949.**

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Laura Lynne Wagner, Richmond, Virginia; Ned Matthew Mikula, Rudy & Mikula, Chesterfield, Virginia, for Appellant. Mary Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Ronald Pilenzo appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Pilenzo v. Director, Dep't of Corr.,* No. CA–01–365–3 (E.D.Va. Oct. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*